**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Matthew PLOESSEL, Defendant–
Appellant.**

No. 12–50163.

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2013.*

Filed March 22, 2013.

Curtis A. Kin, Esquire, Lane Dilg, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Kurt J. Mayer, Assistant Federal Public Defender, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Matthew Ploessel appeals from the district court's judgment revoking probation and challenges the revocation of and nine-month sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),

Ploessel's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ploessel the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

